IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:10cv1030-MHT |
| ) | (WO) |
| TUCKER BRANTLEY BROWN, ) | |
| individually and d/b/a ) | |
| Touchdown's Pub N Eatery; ) | |
| and TOUCHDOWN'S PUB N EATERY, ) | |
| INC. d/b/a Touchdown's Pub N ) | |
| Eatery, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the opinion entered this date, it

is the ORDER, JUDGMENT, and DECREE of the court as

follows:

(1) Plaintiff J & J Sports Productions, Inc.'s motion

for default judgment (doc. no. 22) is granted.

(2) Plaintiff J & J Sports Productions, Inc. shall

have and recover from defendants Tucker Brantley Brown

and Touchdown's Pub N Eatery, Inc. the sum of $ 4,200.

It is further ORDERED that costs are taxed against defendants Tucker Brantley Brown and Touchdown's Pub N Eatery, Inc., for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of December, 2011.

           /s/ Myron H. Thompson    
        UNITED STATES DISTRICT JUDGE